IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF TEXAS EX REL. ABBY KRISTEN JOHNSON, | § § § § | |
| Plaintiff, | § § § | Civil Action No. 09 4:10-cv-03496 (JURY) |
| v. | § § § | |
| PLANNED PARENTHOOD GULF COAST, formerly known as PLANNED PARENTHOOD OF HOUSTON AND SOUTHEAST TEXAS, INC., | § § § § § § § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S AUGUST 31, 2012 SUBMITTAL LETTER TO THE COURT AND PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

THE COURT, having read and considered Plaintiff's Motion for Leave to Respond to Defendant's August 31, 2012 Submittal Letter to the Court and Plaintiff's Request for Oral Argument, and being otherwise fully advised in the premises, finds and orders that:

1. Plaintiff's Motion for Leave to Respond to Defendant's August 31, 2012 Submittal Letter to the Court should be and hereby is granted and the said motion is deemed filed as of the date of this order.

2. Plaintiff's request for oral argument is Granted. This matter is set for oral argument on the 8th of November, 2012, at 9:00 a.m.

SIGNED this 26th day of October, 2012.

Kenneth M. Hoyt
United States District Judge