IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF TEXAS EX REL. ABBY KRISTEN JOHNSON, <br><br> Plaintiff, <br><br> VS. <br><br> PLANNED PARENTHOOD GULF COAST, formerly known as PLANNED PARENTHOOD OF HOUSTON AND SOUTHEAST TEXAS, INC. <br><br> Defendant. | § § § § § § § § § § § § § § § § § Case No. 4:10-cv-03496 |

## ORDER DENYING RELATOR'S RULE 60(b)(6) MOTION

Before the Court is Relator Abby Johnson's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(6) for Relief from the Court's March 29, 2013 Order dismissing the above-styled action for lack of subject matter jurisdiction. *See generally* ECF No. 60. The matter is ripe for consideration.

Having considered the motion, the briefing, and the applicable law, the Court finds that the motion should be and is hereby **DENIED**. The Court further finds that Defendant's objections to the exhibits submitted by Relator in support of the motion should be and are hereby **SUSTAINED**.

Accordingly, it is **ORDERED** that the Court's March 29, 2013 order of dismissal stands.

**Signed** on this 2nd day of May, 2013.

_____
Honorable Kenneth M. Hoyt
United States District Judge

1